UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL L. RUIZ,<br><br>                    Plaintiff,<br><br>-against-<br><br>NEW YORK CITY POLICE DEPARTMENT,<br>43rd PRECINCT,<br><br>                    Defendant. | 23-CV-7386 (LTS)<br><br>CIVIL JUDGMENT |

By order issued October 10, 2023, the Court dismissed this action for failure to state a claim for relief but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint.

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure. The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting, 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 20, 2023
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge